IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ALEXIS JAMAL HAMMONDS, #239553, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>G. TONEY, CORRECTIONAL OFFICER )<br>AT LEE CORRECTIONAL )<br>INSTITUTION; J. WILLIAMS, )<br>CORRECTIONAL OFFICER AT LEE )<br>CORRECTIONAL INSTITUTION; AND )<br>W. MCPHERSON, CORRECTIONAL )<br>OFFICER AT LEE CORRECTIONAL )<br>INSTITUTION, )<br>)<br>Defendants. )<br>)<br>_____ ) | C.A. No. 2:05-1693-TLW<br><br><br>**WRITTEN OPINION AND ORDER** |

In this *pro se* case, the plaintiff, an inmate at the Lee Correctional Institution in Bishopville, South Carolina, asserts that the defendants violated his constitutional rights. In particular, the plaintiff alleges that the defendants wrongfully subjected him to excessive force on April 9, 2005, and April 22, 2005. The plaintiff's has filed institutional grievances concerning these matters and these grievances remain pending.

This matter now comes before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Robert S. Carr, to whom this case had previously been assigned. In his Report, Magistrate Judge Carr recommends that this action be dismissed, without prejudice, and without issuance and service of process. As reasoned by the Magistrate Judge:

1

**IT IS SO ORDERED.**

s/ Terry L. Wooten
Terry L. Wooten
United States District Court Judge

August 4, 2005
Florence, South Carolina